**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ANA MEDINA-CABALLERO** | **CASE NO. 3:26-CV-01552 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ELEAZAR GARCIA ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 6], no objections thereto having been filed,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Respondents' Motion to Dismiss [Doc. No. 4] is **GRANTED**.

**IT IS FURTHER ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Ana Meina-Caballero's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED AND DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

MONROE, LOUISIANA, this 13th day of August 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE